IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

LION CAPITAL MANAGEMENT, LLC and HAUSMANN-ALAIN BANET

    Defendant.

No. C 12-05116 WHA

**ORDER DENYING REQUEST TO VACATE STATUS CONFERENCE**

    The Securities and Exchange Commission filed a complaint against defendants on October 3, 2012. Defendants have not appeared in this action or otherwise responded to the complaint. Upon motion of the Commission, default was entered by the Clerk on November 16, 2012 (Dkt. No. 13). The Commission has indicated that it will file a motion for default judgment and suggested that the case management conference scheduled for January 24 be vacated.

    The case management conference **SHALL REMAIN ON CALENDAR**.

    **IT IS SO ORDERED.**

Dated: January 18, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE