IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

LION CAPITAL MANAGEMENT, LLC, and HAUSSMANN-ALAIN BANET,

    Defendants.

No. C 12-05116 WHA

**ORDER STAYING CASE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 16-10:

Because defendant Haussmann-Alain Banet is in custody and presumably unable to retain counsel herein, this civil action will be **STAYED**. A further case management conference is **SET** for **JULY 18, 2013, AT 11:00 A.M.** Please file a case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: January 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE