IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>LION CAPITAL MANAGEMENT, LLC AND HAUSMANN-ALAIN BANET,<br><br>    Defendants.<br>                                          / | No. C 12-05116 WHA<br><br>**ORDER RE REQUEST TO EXTEND DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT** |

      The SEC's request to extend the deadline for filing a motion for default judgment is hereby **GRANTED**. The SEC shall file a motion for default judgment (noticed on a thirty-five day track) by **NOON ON SEPTEMBER 27**.

      **IT IS SO ORDERED.**

Dated: August 23, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE