UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  October 31, 2013                              Total Hearing Time: 3 minutes

Case No.  C12-05116 WHA

Title: SEC v. LION CAPITAL MANAGEMENT

Plaintiff Attorney(s): John Yun

Defense Attorney(s): n/a

Deputy Clerk:  Dawn Toland                    Court Reporter: JoAnn Bryce

**PROCEEDINGS**

1)   Motion for Default Judgment - Granted

2)   _____

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Plaintiff shall personally serve the defendant and mail his defense attorney a copy of the order.